COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:        James Marcus Miles v. the State of Texas

Appellate case number:    01-19-00047-CR

Trial court case number:    1509077

Trial court:                      179th District Court of Harris County

Date motion filed:            August 1, 2019

   Appellant, James Marcus Miles, has filed a motion for rehearing.  It is ordered that the motion is **denied**.

Judge's signature: /s/ Russell Lloyd _____
       Acting for the Court

Panel consists of Justices Lloyd, Landau, and Countiss.

Date: _____